In the Matter of IAN S. (Appeal No. 2.)

Present — Hancock, Jr., J. P., Doerr, Boomer, Green and O'Donnell, JJ.